April 19th 2024

LKG 25 CV 1301

HD

Petition

Rcv'd by: [signature]

USDC- BALTIMORE
'25 APR 22

**To The Honorable Judge who will be presiding over this lawsuit Sheila Knox v. Southern Management Corp/Co. Under the United States False Claims Act, for fraudulently claiming $4.3 million dollars in rental assistance funds from Department of housing and Urban Development, Congress, State and Local Rental Assistance programs such as Catholic Charities, along with the FTC for unfair, deceptive tactics to prey on their renters (me) along with abusive and fraudulent business practices, and the FHA it is illegal for landlords to discriminate against tenants, including those with disabilities, and engage in fraudulent practices, such as stealing federal assistance, The Federal Regulations on Assisted funds: rental assistance programs, come with specific guidelines on how funds can be used. Landlords are required to comply with these regulations and can not misappropriate or steal these funds. Fraud and misuse of funds: intentionally misusing or stealing federal assistance funds is a serious crime and landlords who do so could face legal consequences including fines, penalties and imprisonment.**

**The Maryland Statutes Commercial Law Title 13-Consumer Protection Act,subtitle 3-Unfair, Abusive, or Deceptive Trade Practices and Section 13- 303 A person can not engage in any unfair, abusive, or deceptive trade practices (1). The sale, lease, rental or any consumer services, Landlords cannot: Rent, or offer to rent to another all or any part of any dwelling without a currently effective license. Baltimore City Code, Article 13 5-6 Practices Generally Prohibited and under the Maryland Fair Housing Act; Residential tenants shall not pay rent to an unlicensed Maryland landlord in a county or city that requires landlords to have a license, and under The FTC for using unfair and deceptive tactics to prey on their renters (me) Southern Management Corp/Co had Fraudulently claimed 4.3 million dollars from different Federal, State and local Governments programs that came through during the Covid 19 pandemic, and (2).other statutory actions under the Federal Money Laundering Act (MLCA) if it's proven to have used funds derived from illegal activities, such as stealing from tenants while knowing their property license had expired, to launder the money. The MLCA criminalizes financial transactions involving**

**illicit funds, and the corporation/company could be held liable for facilitating or participating in the laundering process. Ref cases: Invitation Homes, All Star property management, Greystar for deceptive practices that harm the tenants and Shannon Caruso property Manager in Alabama just right out stole money, no one is exempt. The FCA Property management companies can violate the False Claims Act by knowingly submitting false claims for government funds, such as rent assistance or other subsidized housing programs. This could include overstating eligible rent amounts, falsifying certifications required for receiving funds,or failing to properly document and returned the overpayments. Your Honor if I never happened, they would have gotten over with the $4.3million thats what's noted . The FTC actions aim to protect renters from unfair business practices "and ensure fair treatment by landlords",and it requires management companies to adhere to fair housing laws** and that didn't happen Southern Management Corp/Co has their own rules especially in Baltimore City.

Dear Sir/Madam, My name is Sheila Knox. On September 29th 2019 I Sheila Knox and my emotional support dog Duke had moved into the Atrium located at 118 North Howard st #816 Baltimore City MD 21201. On November 15th 2019 Southern Management Corporation had failed to renew their property license located at 118 North Howard st, Baltimore Maryland 21201. Your Honor Southern Management Corporation not only failed to renew their property license, they didn't care to renew it. Southern Management Corp/Co did not renew their property license until September 21 2021 on February 1,2021 Southern Management Corp/Co had obtained $4.3 million in rental assistance which now became free money and 9 months early that free money became fraudulent money and due to their fraudulent activities do you know how many people that they have evicted in the Baltimore City District Courthouse on a fraudulent license number or was it, or did the courts already know, or in on it. Let's talk about **The buddy/ Monopoly system between judges and these big corporations/ companies (Southern Management Corp/Co) suggesting potential bias or collusion in the legal proceedings.** Let's Talk about **The judicial role: it creates a conflict of interest potentially leading to biased decisions, unfair outcomes and erosion of public trust in the judicial system. A Judge's involvement in a monopoly system with a corporation creates a clear conflict of interest could potentially influence their decision in cases involving that corporation/company or the industry it operates in ( Baltimore City).** now i get it, that's why the circuit court judge denied transferring it to your court and then threw it out, never reading the complaints or exhibits, that was a

judicial misconduct in itself, but why would they. Let's Talk about the **appellant/ Supreme Court Kate McDaniel v. Tom Baranowski, No. 64, September Term 2010 Real Property -Landlord Tenant-Summary Ejection- Lack of Licensed for premises- The Consumer Protection Act.** **and under the Federal law 18 U.S.Code 641 public money, property or records. Whoever embezzles, steals, purloins, or knowingly converts to his use or another, or without authority, sells, conveys or any record, voucher money, or thing of value of the United States or of any department or agency therefore, or any property made or being made under contract for the United States or any department or agency therefore.**

_Your Honor If it wasn't for my cousin who works for DHS at that time called down to the Baltimore city department of housing licensing and permits and explained what I needed and I went to pick up the rental verification letter that stated that Southern Management Corp/Co for 21 ¾ months was not licensed. Your Honor for years Southern Management Corp/Co have violated **the FHA including the FHA 42 U.S.C 3601 et seq(1990). (Act') and by 42 U.S.C. 3614(d)(1)(c) (1990) the court also enjoined SMC from discrimination from future discrimination against handicap persons. Fairfax-Falls Church Community service board teamed up with Washington D.C under the fair housing Act and won.** Your Honor how can one give full faith and credit to a Corporation/Co that has falsified documents to sway the Federal Government, The Department of Housing and Urban Community Development, the State, local charities including Catholic Charities that helped people to pay rent, through the pandemic, SMC

were wrong for accepting money for rent (I have my statements from NASA FCU) Southern Management Corp/ Co leased,rented and evicted people during that time,when they knew that they didn't have a license.

**The first relief of punitive damages** i'm asking for is my rent which was 1383.95 a month in rent for 21 ¾ months equaling to 29,754,95 I'm also asking this court for $29,754.95 times each month that Southern Management Corporation/Co was not licensed and had illegally charged me rent equaling **$639,731.00** Your Honor I'm also asking **$361,000** for compensatory damages for pain and suffering during covid when me and my emotional support dog Duke, was financially going through it, duke passed Sept 02 2020, it was hardship on me while I and everyone else was struggling. They were still renting, collecting money for rent, through rental assistance. Your Honor Southern Management Corp/Co knew that they wasn't going to renew their property's license when they had charge me rent in November 2019 when there property was operating in full capacity and habitable, still renting with no incidents, except for no license, Your Honor it was no excuse why they didn't renew their license or was it, Southern Management Corp/Co knew prior to February 1st 2020 that they were going to obtained $4.3 million, and prior to April 1, 2020 that The Department of Housing and Urban Development was giving out another 20 million for the Assisted Housing Relief Program for people that were affected by covid-19 and then again 135 million in September 2021. Your Honor, this is not new behavior for Southern Management

Corp/Co. **On August 22,2023 the CFPB sues installment lending Conglomerate for illegally churning loans to harvesting hundred of loan of millions in costs and fees (A CURO Group Holdings Company, Heights Finance, formally known as Southern Management Corporation/ Co, induces struggling customers into fee-harvesting and loan- churning schemes, by coercing distressed customers into fee-laden cycles of reborrowing. Targeting for their likelihood to refinance. CFPB is seeking to end Southern's unlawful loan-churning practices to gain redress, for harming the consumers and falsely marketing refinances as fresh starts. Incentivizing employees to push refinances and any other compensation programs that they can reinforce their coercive tactics on. CFPB won, requiring SMC to pay a civil penalty to the U.S. Court of South Carolina.** Your Honor, Southern Management Corp/Co have been by all means necessary still doing unlawful acts they still think that they are above the law, my incident happened on November 15th 2019 this happened in 2023, they're not changing, any way of getting money off the backs of the misfortunate by all means necessary, thats there motto, that's why i'm asking the courts for the compensatory damages of $300.000 for pain and suffering that they have caused me and my emotional support dog Duke, I'm paying them rent, while they didn't have a license. **Maryland law states that a Maryland Landlord who leases a residential property is unable to enforce the terms of any lease, including a landlord's right to collect rent or furthermore, failure to obtain a rental license may be subject to fines for each day that the property was unlicense**. Your

Honor while Southern Management Corp/Co was stealing money from these rental assistance programs to help families in need, the programs ran out of funds. Your Honor more than $425 million was promised though rental assistance that didn't make it to the landlords or the tenants that applied, while SMC and these other rich property management corporation/companies was reaping in the benefits off the backs of the suffering, this system has to be fix when big corporations/companies thinking that they run these cities where the law doesn't apply to them, has to be punished for there crimes which includes unfair, illegal and deceptive practices and theft by way of knowingly which is addressed in **18 U.S Code 641 and other federal statutes, particularly when It involves government property, funds. This section prohibits embezzling, stealing, purloining, or knowingly converting government property (money) to one's own use or the use of another. Receiving stolen property: also prohibits receiving, concealing, or retaining such property with the intent to convert it to one's use or gain, knowing it was stolen or embezzled.** Your Honor we can't give people like this full faith and credit, that sits back and wonder who's next because that $425million that the landlords and there tenants were expecting, that money they never got, and there license was in good standing, is Southern Management that cruel, where all that matters is S.M.C, they have to be taught a lesson, people like this don't give up, they have built that corp/company off the backs of the misfortunate, by coercing, churning, scheming, and bribing people into

situations that they really don't want to be in and stealing federal funds that they should've never received.

Thanking you in advance for reading my petition

Sincerely;

Sheila knox Pro~se
inovativekutz@gmail.com
202-763-0004